Adam Galvan #F18817
San Quentin state prison
San Quentin, Ca, 94974
        IN pro-se

FILED
07 AUG 20 AM 11: 17
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

United States District Court
Northern District of California

Adam Galvan,
        Plaintiff,

V.

Robert Aryers, warden
D. williams, Heath care manager,
Davy wu, medical Doctor
Jane/John Does 1-30,
        Defendants,

Case NO.: _____
CW    (PR)

Notice of
legal Intent

## Introduction

Please, take Notice, that the Plaintiff will
Enter into litigation against the above listed
parties, Personally, as well as, offically, white
dressed under the color of state Law.
        Plaintiff, will Prove, Through Exhibits,
affidavits, as well as, Innerogators Questions,
That the above named Defendants failed
to provide adequate medical treatment thus,
Violating Plaintiffs United States Constitutinal

(1)

Rights under the eigth, and Fourteenth amendments. Specifically, plaintiff suffers from serious migraine Headaches that was caused By Head trauma resulting from a gunshot wound to the Head Plaintiff Has submitted Numerous medical Request slips to Defendants, Wu, and Williams requesting to be seen by a Nuerologist for the severe pain in Plaintiffs Head. The only response to the requests was to prescribe Ibuprofin and Tylenal but no referal to the Nuerologist was made. Due to the lack of care to the plaintiff Gives Rise to Deliberate indifference to plaintiff's medical needs under the Eigth amendment the Defendants are Duty Bound Bound while dressed under the Color of law to ensure that plaintiff is Not subjected, unnecessary and wanton infliction of pain "Gregg V. Georgia, 428 U.S. 17 (1976). Furthermore these elementary principles establish the Goverments obligation to provide medical care for those whom it is punishing by incarceration. an inmate must rely on prison authorities to treat His medical needs; if the authorities fail to do so, those needs will not be met. In, Re Kemmler, 136 U.S. (1890), the evils of most immediate

(2)

concern to the drafters of the amendments. IN less serious cases, denial of medical care may result in pain and suffering which No one suggests would serve any penological purpose" estelle v. Gamble, 429 U.S. 1259, 50 L.Ed. 2d 251 (1976). Here in Plaintiffs action the Denial of ad adequate medical care by a Nuerologist instead of an untrained Defendant in trauma expierence has clearly inflicted the unnecessary and wanton infliction of pain that is exactly barred under the Gamble ruling thus clearly establishing Plaintiffs claim. plaintiff told verbaly to defendant Wu, and on His Request to Defendant williams He was Having, and still is Having Dizziness, migraine Headaches, Nausea, and Blurred vison Because of His Head Trauma, and these requests were all to no avail.

(3)

## Conclusion

Based upon the above infromation the plaintiff will give the listed defendants a grace period of Ten (10) working days to give plaintiff adequate medical treatment by a Nuerologist. ANY, deviation from this Notice of legal intent will result in the filing of a civil complaint in the united states District Court pursuant to 42 u.s.c. 1983 for the said civil Rights Violation.

Dated on: 8.12.07                Respecfuly submitted

Adam Galvan
# F-18817, IN pro-se

///
///

(4)

Verification

I declare under the penalty of perjury under the state of California that the foregoing is true and correct to the best of my abilities. Executed at San Quentin state prison.

Dated on: 8·12·07

Respectfully Submitted.

Adam Galvan
# F-18817, IN Pro-se

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

(5)

United States District Court
Northern District of California

Adam Galvan,
                    Plaintiff,
        V.
Robert ARyers, EL AL.,
                    Defendants,

Case No. ————

Proof of Service

I declare that I served a true
and Correct Copy of the attached,
Notice of Legal Intent with postage
Fully prepaid to the below listed party:

Robert ARyers
Warden San Quentin
San Quentin, Ca, 94974

Dated on: 8.12.07

Respectfully submitted,

Adam Galvan
# F-18817, IN Pro-se

///
///
///
///
///

6