IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM GALVAN,<br><br>    Plaintiff,<br><br>  v.<br><br>ROBERT AYERS, et al.,<br><br>    Defendants. / | No. C 07-04253 CW (PR)<br><br>ORDER OF DISMISSAL WITHOUT PREJUDICE |

    Plaintiff, a state prisoner, filed the present <u>pro se</u> prisoner complaint under 42 U.S.C. § 1983. On the same day the action was filed the Clerk of the Court sent a notice to Plaintiff, informing him that his action could not go forward until he paid the filing fee or filed a completed prisoner's <u>in forma pauperis</u> application. The Clerk sent Plaintiff a blank <u>in forma pauperis</u> application and told him that he must pay the fee or return the completed application within thirty days or his action would be dismissed. More than thirty days have passed and Plaintiff has not paid the filing fee, returned the <u>in forma pauperis</u> application or otherwise communicated with the Court.

    Accordingly, this action is DISMISSED WITHOUT PREJUDICE. The Clerk of the Court shall close the file. No filing fee is due.

    IT IS SO ORDERED.

Dated: November 14, 2007

                                              CLAUDIA WILKEN<br>
                                              UNITED STATES DISTRICT JUDGE

P:\PRO-SE\CW\CR.07\Galvan4253.DISIFP.wpd