IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ADAM GALVAN,

      Plaintiff,

   v.

ROBERT AYERS, et al.,

      Defendants.
_____/

No. C 07-04253 CW (PR)

JUDGMENT

    The Court has dismissed this action without prejudice because Plaintiff failed to complete the _in forma pauperis_ application or pay the filing fee.  A judgment of dismissal without prejudice is entered.  The Clerk of the Court shall close the file.

    IT IS SO ORDERED.

Dated: November 14, 2007

_____
CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

P:\PRO-SE\CW\CR.07\Galvan4253.jud.wpd